IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OUTOKUMPU STAINLESS USA, LLC, et al. ) ) ) Plaintiffs, ) ) v. ) ) CONVERTEAM SAS, a foreign ) corporation now known as ) GE ENERGY POWER CONVERSION ) FRANCE SAS, CORP, ) ) Defendant. ) | Civil Action No. 16-0378-KD-C |

## ORDER

This action is before the Court on the Motion to Dismiss filed by Defendant GE Energy Power Conversion France SAS, Corp. (doc 7), the Motion to Remand filed by Sompo Japan Insurance Company of America, Pohjola Insurance Limited, AIG Europe Limited, Tapiola General Mutual Insurance Company, AXA Corporate Solutions Assurance SA UK Branch, HDI Gerling UK Branch, MSI Corporate Capital Ltd., and Royal & Sun Alliance PLC (doc. 34), the Motion to Remand filed by Plaintiff Outokumpu Stainless, USA (doc. 35), the parties' responses and replies (docs. 38, 41, 42), the Report and Recommendation (doc. 50), and the parties' objections and responses to objections (docs. 51-56).

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objections were made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 22, 2016 (doc. 50) is **ADOPTED** as the opinion of this Court.

Accordingly, the Motions to Remand (docs. 34, 35) are **DENIED** and the Motion to Dismiss (doc. 7) is **DENIED**.

**DONE** this 22nd day of December 2016.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**